**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JEFFREY CAYNE,

    Plaintiff,                                Case No.: 13-62398-CIV-SCOLA/VALLE

vs.

VIKING COLLECTION SERVICE, INC.,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, JEFFREY CAYNE (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: December 11, 2013                Respectfully submitted,

                                                s/ J. Dennis Card, Jr.
                                                J. Dennis Card, Jr., Esq.
                                                Florida Bar No.: 0487473
                                                E-mail: Dcard@Consumerlaworg.com
                                                Consumer Law Organization, P.A.
                                                2501 Hollywood Boulevard, Suite 100
                                                Hollywood, Florida 33020
                                                Telephone: (954) 921-9994
                                                Facsimile: (305) 574-0132
                                                Attorney for Plaintiff