UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 13-62398-Civ-SCOLA**

JEFFREY CAYNE,

    Plaintiff,

vs.

VIKING COLLECTION SERVICES, INC.,

    Defendant.

_____/

**Order Of Dismissal**

THIS CASE has been dismissed with prejudice by the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 12). The Clerk is directed to **Close** this matter. All pending motions are denied as moot.

**Done and Ordered** in chambers, at Miami, Florida on January 7, 2014.

_____
Robert N. Scola, Jr.
**United States District Judge**